STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINZMAN, <br><br>    Plaintiff, <br><br>        v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br>    Defendant. | No. CV-14-5402 PLA <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE FEES, 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, **IT IS ORDERED** that fees in the amount of $3,900 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: 6/1/15

                                            /s/ Paul L. Abrams
                                          _____
                                          HON. PAUL L. ABRAMS
                                          UNITED STATES MAGISTRATE JUDGE